OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401682OCT 02 2015
$ 000.27⁵

10/1/2015
MILLER, KYLE             Tr. Ct. No. 2011CR5502

COA No. 04-14-00041-CR
PD-0956-15

The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

KYLE MILLER
TDC# 868194
BCADC
200 N. COMAL
SAN ANTONIO, TX 78207

U TF

BN3B 78207